

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2014

No. 04-14-00132-CR

Leonard Garcia **LAZO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 12-05-00060-CRK
Honorable Bert Richardson, Judge Presiding

## O R D E R

Appellant's brief was originally due June 27, 2014, but the court granted appellant an extension of time to file the brief until July 11, 2014. Appellant's counsel has filed a motion for extension of time, stating he intends to file an "*Anders*" brief and requesting an extension until August 11, 2014 to do so.

We grant the motion and order appellant's attorney, S. Reese Rozzell, to file the brief by **August 11, 2014**. Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. If the brief or a conforming motion is not filed by the date ordered, the court may abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned the appeal.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court